UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVIA M. SCOTTO,<br><br>                         Plaintiff,<br><br>              -against-<br><br>CITY AND COUNTY OF MAUI, ET AL.,<br><br>                        Defendants. | 20-CV-4497 (CM)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

COLLEEN McMAHON, Chief United States District Judge:

On January 30, 2017, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Scotto v. United States*, No. 16-CV-9125 (CM) (S.D.N.Y. Jan. 30, 2017). Plaintiff files this new *pro se* case, without prepaying the filing fees or seeking leave from the Court to file this action. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the January 30, 2017 order.

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 12, 2020
             New York, New York

                                                               COLLEEN McMAHON
                                                       Chief United States District Judge