UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVIA M. SCOTTO,<br><br>        Plaintiff,<br><br> -against-<br><br>CITY AND COUNTY OF MAUI, ET AL.,<br><br>        Defendants. | 20-CV-4497 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued June 12, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the 2017 order in *Scotto v. United States*, No. 16-CV-9125 (CM) (S.D.N.Y. Jan. 30, 2017), the complaint is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 12, 2020
    New York, New York

                        */s/ Colleen McMahon*
                       COLLEEN McMAHON
                       Chief United States District Judge